34,148-02

December 18, 2014

Honorable ABEL ACOSTA
Court of Criminal Appeals
P.O. Box 12308, CAPITAL STATION
AUSTIN, TEXAS 78711

IN Re: Cause NO. F1118291-A Jackie Lee Carpenter

Dear MR. ACOSTA,

Enclosed please Find, This Letter for Record
Stating that my New Address is, NOW
5124 ENNIS ST. HOUSTON, TEXAS 77004
Cocerning The Decision In Cause WR 34-148-02
Please Reach me At This Address. your Kindness
will be most Appreicated. Thank you. HAVe
A NICE DAY.

JACKIE L. Carpenter
12/18/2014,

C.C. COPY.

(1)